UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DOROTHEA CORNICK, individually and on behalf of others similarly situated,<br>Plaintiff,<br><br>v.<br><br>AWARE RECOVERY CARE, INC. and AWARE RECOVERY CARE OF MASSACHUSETTS, LLC,<br>Defendants. | CIVIL ACTION NO: 3:24-cv-00469-JAM<br><br><br><br>AUGUST 27, 2025 |

**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS AND COLLECTIVE ACTION SETTLEMENT**

Plaintiff Dorothea Cornick, on behalf of herself and others similarly situated, respectfully moves the Court for an order granting preliminary approval of the Parties' Settlement Agreement in this hybrid Rule 23 class and Fair Labor Standards Act ("FLSA") collective action.

Specifically, Plaintiff requests that the Court enter an order:

1. Preliminarily approving the proposed Settlement as fair, reasonable, and adequate pursuant to Rule 23(e) and *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015);

2. Conditionally certifying, for settlement purposes only, a Rule 23(b)(3) settlement class consisting of: (a) any Client Recovery Advisor ("CRA") who worked in Massachusetts as an employee of Defendant(s) between March 27, 2021 and January 29, 2023; (b) any Care Coordinator ("CC"), including Medical CCs, Clinical CCs, IHWM CCs, and IHWM MAT CCs, who worked in Massachusetts as an employee of Defendant(s) between March 27, 2021 and April 22, 2023; (c) any Family Education Facilitator ("FEF") who worked in Massachusetts as an employee of Defendant(s) between March 27, 2021 and July 11, 2023;(d) any CRA Lead,

1

Medical CC Lead, Clinical CC Lead, MMW, or MAT CC who worked in Massachusetts as an employee of Defendant(s) between March 27, 2021 and December 31, 2023; and (e) Opt-in Plaintiffs who worked in Massachusetts as an employee of Defendant(s);

3. Conditionally certifying, for settlement purposes only, an FLSA collective under 29 U.S.C. § 216(b) consisting of: (a) any CRA who worked as employees of Defendant(s) between March 27, 2021 and January 29, 2023; (b) any CC, including Medical CCs, Clinical CCs, IHWM CCs, and IHWM MAT CCs, who worked for Defendants between March 27, 2021 and April 22, 2023; (c) any FEF who worked for Defendants between March 27, 2021 and July 11, 2023; (d) any CRA Lead, Medical CC Lead, Clinical CC Lead, MMW, or MAT CC who worked for Defendants between March 27, 2021 and December 31, 2023; and (e) Opt-in Plaintiffs who are not Class Members;

4. Appointing Plaintiff Dorothea Cornick as Class Representative;

5. Appointing Jason T. Brown and Nicholas Conlon of Brown, LLC as interim Class Counsel for settlement purposes;

6. Appointing CAC Services Group, LLC as Settlement Administrator;

7. Approving the form and content of the Collective Notice, the Class Notice, and the Claim Form attached to the Settlement Agreement as Exhibits 1 and 2;

8. Directing Defendants to provide Class Data to the Settlement Administrator within twenty (20) days of entry of the preliminary approval order;

9. Directing the Settlement Administrator to mail Notices of Settlement within fourteen (14) days of receiving the Class Data;

10. Directing that Class and Collective Members must submit executed Claim Forms within sixty (60) days of the initial mailing of the Notice in order to receive payment;

11. Directing that Class Members may request exclusion within sixty (60) days of the initial mailing of the Notice;

12. Directing that Class and Collective Members may object to the Settlement within sixty (60) days of the initial mailing of the Notice; and

13. Scheduling a Final Approval Hearing approximately 120 days from entry of the preliminary approval order at which the Court will determine whether to grant final approval of the Settlement, approve Class Counsel's request for attorneys' fees and costs, and approve a service award to the Class Representative.

As set forth in the accompanying Memorandum of Law, the proposed Settlement is the product of extensive arm's-length negotiations, provides meaningful relief to the affected employees, and satisfies the applicable standards for preliminary approval of hybrid Rule 23/FLSA collective settlements in this Circuit.

Respectfully submitted,                                    August 27, 2025

By: */s/ Nicholas Conlon*
Nicholas Conlon*
Jason T. Brown*
Brown, LLC
111 Town Square Place, Suite 400
Jersey City, New Jersey 07310
P: (877) 561-0000
F: (855) 582-5297
Nicholas.Conlon@jtblawgroup.com
jtb@jtblawgroup.com

*appearing pro hac vice*

Jeffrey S. Morneau (CT Bar ID 419359)
Connor & Morneau, LLP
jmorneau@cmolawyers.com
Chelsea K. Choi
cchoi@cmolawyers.com
273 State Street, 2nd Floor
Springfield, MA 01103
P: (413) 455-1730

F: (203) 294-1396

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I hereby certify that on August 27, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Courts electronic filing system.  Parties may access this filing through the Court's system.

By: */s/ Nicholas Conlon*
Nicholas Conlon
